UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOFFERSON ROBB & COMPANY, LLC, *et al.*,

Plaintiffs,

vs.

KANDEO INVESTMENT ADVISORS LLC, *et al.*,

Defendants.

26-cv-05806 (PKC)

ORDER

CASTEL, Senior United States District Judge:

It is hereby ORDERED as follows:

1. Defendant Kandeo Investment Advisors LLC ("Kandeo Advisors") may file its proposed Motion to Compel Arbitration and Stay Proceedings Pursuant to 9 U.S.C. §§ 3, 201–208, and Article II(3) of the New York Convention, or in the Alternative, Motion to Dismiss for Lack of Personal Jurisdiction under Rule12(b)(2), Fed. R. Civ. P., ("Initial Motion"). Kandeo Advisors' Initial Motion shall be limited to the grounds of arbitration and personal jurisdiction. The following schedule shall control the Initial Motion: It shall be filed by December 4, 2026. The response shall be filed by January 8, 2027. The reply shall be filed by January 29, 2027.

2. Pursuant to the authority of Rule 16(b)(3)(A) and the inherent power of the Court, the Court limits the time for an amendment to the amended complaint to 21 days from the filing of the Initial Motion.

3. Following disposition of the Initial Motion, to the extent any claim against Kandeo Advisors remains pending, Kandeo Advisors may move, before answering, to dismiss the Amended Complaint on all additional grounds available under Rule 12(b) and 9(b), Fed. R. Civ. P. Such motion shall be filed within twenty-one days (21) after entry of the Court's order resolving the Initial Motion, or on such other schedule as the Court may set.

4. Kandeo Advisors' omission of any such additional ground from its Initial Motion shall not constitute a waiver or forfeiture of that ground or of any defense, and Kandeo Advisors' participation in the Initial Motion practice shall not be construed as consent to jurisdiction or a waiver of any defense not raised therein.

5. Rule 12(g)(2), Fed. R. Civ. P., shall not apply to bar the subsequent motion authorized by this Order.

6. Kandeo Advisors' time to answer, move, or otherwise respond to the Amended Complaint, other than as provided above, is extended until fourteen (14) days after the Court's disposition of the subsequent motion authorized by paragraph 2, or until such other date as the Court may order.

7. The Court has considered plaintiffs' request to modify the automatic stay of discovery in the PSLRA and not to grant a discretionary stay of discovery. The motion to compel arbitration is premised upon an arbitration provision of the Share Purchase Agreement that plaintiffs have attached as Exhibit A to their amended complaint. Further, there are serious questions of personal jurisdiction. The Court denies the application to lift the PSLRA stay and also grants a discretionary stay of discovery pending the hearing and determination of the Initial Motion.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
November 10, 2026